

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-16-00406-CR

Carl Wade **BAILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0076
Honorable Melisa Skinner, Judge Presiding

# **O R D E R**

The Appellant's Second Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
Keith E. Hottle
Clerk of Court